UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK SNYDER, an individual and
ELECTRICAL APPARATUS SALES, L.L.C.,

       Plaintiffs,

vs

MYERS POWER PRODUCTS, INC.,
a California corporation,

       Defendants.

Case No: 2:10-cv-12316
Honorable Patrick J. Duggan
Magistrate Mark A. Randon

## ORDER OF DISMISSAL WITH PREJUDICE

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on June 10, 2011.
PRESENT: THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

    The parties hereto having placed a settlement on the record on January 31, 2011, and the parties now stipulating that the conditions set forth in said settlement required to be performed prior to dismissal have been completed, and the Court being otherwise duly apprised of the circumstances,

    **IT IS ORDERED** that this matter be and hereby is **DISMISSED WITH PREJUDICE**.

                          S/Patrick J. Duggan
                          Patrick J. Duggan
                          United States District Judge

Dated: June 10, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 10, 2011, by electronic and/or ordinary mail.

                          S/Marilyn Orem
                          Case Manager